# EXHIBIT P

WAMU 2006-OA1 CERTIFICATE

Class A

Evidencing a beneficial interest in a pool of mortgage loans consisting of, among other things, mortgage loans and all related assets, with the entitlements related thereto as set forth in the Pooling Agreement.

This Certificate is issued by WAMU 2006-OA1. This Certificate represents ownership of a "regular interest" in a "real estate mortgage investment conduit," as those terms are defined in Sections 860G and 860D, respectively, of the Internal Revenue Code of 1986, as amended, together with certain rights specified in the Pooling Agreement. The issue date of this Certificate is December 13, 2006.

| | | |
|---|---|---|
| Series 2006-1 | Portion of the Class A Principal Balance as of the Cut-Off Date Evidenced by this Certificate: | $2,736,034,893 |

Class A Certificate Interest Rate: Variable
Cut-Off Date: November 30, 2006
First Distribution Date: January 25, 2007
Class A Principal Balance as of the
Cut-Off Date: $2,736,034,893

WASHINGTON MUTUAL PREFERRED
FUNDING LLC
───────────────
Registered Owner
Certificate No. 1

This Certificate does not represent an obligation of or interest in Washington Mutual Bank or any of its affiliates. Neither this Certificate nor the underlying Mortgage Loans are guaranteed by any agency or instrumentality of the United States.

This certifies that the above-named Registered Owner is the registered owner of certain interests in a pool of assets ("REMIC II") consisting of, among other things, mortgage loans (the "Mortgage Loans"), formed by Washington Mutual Bank (the "Company"), which term includes any successor entity under the Pooling Agreement referred to below. REMIC II was created pursuant to a Pooling and Servicing Agreement, dated as December 13, 2006 (the "Pooling Agreement"), among the Company, as Servicer, Washington Mutual Preferred Funding LLC, as Depositor, Deutsche Bank National Trust Company, as Trustee (the "Trustee"), and Deutsche Bank Trust Company Delaware, as Delaware Trustee, a summary of certain of the pertinent provisions of which is set forth hereafter. To the extent not defined herein, the capitalized terms used herein have the meanings assigned in the Pooling Agreement. Nothing herein shall be deemed inconsistent with such meanings, and in the event of any conflict between the Pooling Agreement and the terms of this Certificate, the Pooling Agreement shall control. This Certificate is issued under and is subject to the terms, provisions and conditions of the Pooling Agreement, to which Pooling Agreement the Holder of this Certificate, by virtue of the acceptance hereof, assents and by which such Holder is bound.

Distributions will be made, pursuant to the Pooling Agreement, on the 25th day of each month or, if such 25th day is not a Business Day, the Business Day immediately succeeding such 25th day (the "Distribution Date"), commencing on the first Distribution Date specified above, to the Person in whose name this Certificate is registered at the close of business on the last Business Day of the month

17418976

immediately preceding the month of the related Distribution Date (the "Record Date"), to the extent of such Certificateholder's Percentage Interest represented by this Certificate in the portions (if any) then distributable on the Certificates of this Class of the Available Distribution Amount for such Distribution Date, as specified in Section 4.01 of the Pooling Agreement.

Distributions on this Certificate will be made by the Trustee by wire transfer to the account of each Certificateholder of record on the immediately preceding Record Date, as specified by each such Certificateholder in the Certificate Register. Notwithstanding the above, the final distribution on this Certificate will be made after due notice by the Trustee of the pendency of such distribution and only upon presentation and surrender of this Certificate to the Certificate Registrar.

Reference is hereby made to the further provisions of this Certificate set forth below, which further provisions shall for all purposes have the same effect as if set forth at this place.

Unless the certificate of authentication hereon has been executed by or on behalf of the Trustee, by manual signature, this Certificate shall not be entitled to any benefit under the Pooling Agreement or be valid for any purpose.

17418976

IN WITNESS WHEREOF, the Trust has caused this Certificate to be duly executed.

          WAMU 2006-OA1
          By:   DEUTSCHE BANK NATIONAL TRUST
                 COMPANY, not in its individual capacity but solely
                 as Trustee

          By: *[signature]*

(TRUSTEE'S CERTIFICATE OF AUTHENTICATION)

This is one of the Certificates referred to in the within-mentioned Pooling Agreement.

DEUTSCHE BANK NATIONAL TRUST COMPANY,
not in its individual capacity but solely as Trustee

By: *[signature]*
Dated: December 13, 2006

17418976

## WASHINGTON MUTUAL BANK

## WAMU 2006-OA1 CERTIFICATE

This Certificate is one of a duly authorized issue of Certificates designated as WAMU 2006-OA1 Certificates of the Series and Class specified hereon (herein called the "Certificates") and representing certain interests in REMIC II.

The Certificates do not represent an obligation of, or an interest in, the Company or any of its affiliates and are not insured or guaranteed by any governmental agency. The Certificates are limited in right of payment to certain collections and recoveries respecting the Mortgage Loans, all as more specifically set forth herein and in the Pooling Agreement. In the event funds are advanced with respect to any Mortgage Loan, such advance is reimbursable to the Servicer from the related recoveries on such Mortgage Loan or from amounts received with respect to other Mortgage Loans to the extent that such advance is not otherwise recoverable.

As provided in the Pooling Agreement, withdrawals from the Certificate Account may be made from time to time for purposes other than distributions to Certificateholders, such purposes including reimbursement to the Servicer of advances made or certain expenses incurred, by it.

The Pooling Agreement permits, subject to certain conditions, the amendment thereof by mutual consent of the Company, the Servicer, the Trustee and the Delaware Trustee.

As provided in the Pooling Agreement and subject to certain limitations therein set forth, the transfer of this Certificate is registrable in the Certificate Register upon surrender of this Certificate for registration of transfer at the office maintained by the Trustee for such purposes, duly endorsed by, or accompanied by an assignment in the form below or other written instrument of transfer in form satisfactory to the Trustee or any Authenticating Agent and duly executed by, the Holder hereof or such Holder's attorney duly authorized in writing, and thereupon one or more new Certificates of Authorized Denominations evidencing the same Percentage Interest set forth hereinabove will be issued to the designated transferee or transferees.

The Certificates are issuable only as registered Certificates without coupons in Authorized Denominations specified in the Pooling Agreement. As provided in the Pooling Agreement and subject to certain limitations therein set forth, Certificates are exchangeable for new Certificates of Authorized Denominations of like Certificate Principal Balance or Percentage Interest, as applicable, as requested by the Holder surrendering the same.

A reasonable service charge may be made for any such registration of transfer or exchange, and the Trustee may require payment of a sum sufficient to cover any tax or other governmental charge payable in connection therewith.

The Company, the Servicer, the Trust, the Trustee, the Delaware Trustee and any agent of any of them may treat the Person in whose name this Certificate is registered as the owner hereof for all purposes, and none of the Company, the Servicer, the Trust, the Trustee, the Delaware Trustee, the Certificate Registrar nor any agent thereof shall be affected by notice to the contrary.

The obligations created by the Pooling Agreement and the Trust created thereby shall terminate upon (i) the later of the final payment or other liquidation (including purchase by the Servicer) of the last Mortgage Loan owned by the Trust or the disposition of all property acquired upon foreclosure or deed in

17418976

lieu of foreclosure of any Mortgage Loan, and (ii) the payment to Certificateholders of all amounts required to be paid to them pursuant to the Pooling Agreement. The Pooling Agreement permits, but does not require, the Servicer to purchase from the Trust all Mortgage Loans at the time subject thereto and all property acquired by the Trust in respect of any Mortgage Loan upon payment to the Certificateholders of the amounts specified in the Pooling Agreement. The exercise of such right will effect early retirement of the Certificates, the Servicer's right to purchase being subject to the aggregate principal balance of the Mortgage Loans at the time of purchase being less than the Clean-Up Call Percentage of the aggregate principal balance of the Mortgage Loans as of the Cut-Off Date.

COPY

## ASSIGNMENT

FOR VALUE RECEIVED the undersigned hereby sell(s) and assign(s) and transfer(s) unto

_____

_____

(Please print or typewrite name and address, including postal zip code of assignee. Please insert social security or other identifying number of assignee.)

the within WAMU 2006-OA1 Certificate and hereby irrevocably constitutes and appoints

_____

Attorney to transfer said Certificate on the Certificate Register, with full power of substitution in the premises.

Dated: _____    _____
                                  Signature Guaranteed

NOTICE: The signature to this assignment must correspond with the name as written upon the face of the within instrument in every particular, without alteration or enlargement or any change whatever. This Certificate does not represent an obligation of or an interest in Washington Mutual Bank or any of its affiliates. Neither this Certificate nor the underlying Mortgage Loans are guaranteed by any agency or instrumentality of the United States.

17418976