IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

―――――――――――――――――――――――――――――― x
In re                                    :   Chapter 11
                                         :
                                         :   Case No. 08-12229 (MFW)
WASHINGTON MUTUAL, INC., et al.,         :
                                         :
        Debtors                          :   Jointly Administered
―――――――――――――――――――――――――――――― x
                                         :
Black Horse Capital LP, Black Horse Capital Master   :
Fund Ltd., Black Horse Capital (QP) LP, Greywolf     :
Capital Partners II, Greywolf Overseas Fund,         :
Guggenheim Portfolio Company VII, LLC, HFR RVA       :
Combined Master Trust, IAM Mini-Fund 14 Limited,     :   Adversary Proceeding
LMA SPC for and on behalf of the MAP 89 Segregated   :   No. 10-51387 (MFW)
Portfolio, Lonestar Partners LP, Mariner LDC, Nisswa :
Convertibles Master Fund Ltd., Nisswa Fixed Income   :
Master Fund Ltd., Nisswa Master Fund Ltd., Paige     :
Opportunity Partners LP, Paige Opportunity Partners  :
Master Fund, Pandora Select Partners, LP, Pines Edge :
Value Investors Ltd, Riva Ridge Capital Management   :
LP, Riva Ridge Master Fund, Ltd., Scoggin Capital    :
Management II LLC, Scoggin International Fund Ltd.,  :
Scoggin Worldwide Fund Ltd., Visium Global Fund,     :
Ltd., VR Global Partners, L.P. Whitebox Asymmetric   :
Partners LP, Whitebox Combined Partners, LP,         :
Whitebox Convertible Arbitrage Partners, LP, Whitebox :
Hedged High Yield Partners, LP and Whitebox Special  :
Opportunities LP, Series B,                          :
                                         :
        Plaintiffs                       :
v.                                       :
                                         :
JPMorgan Chase Bank, N.A., JPMorgan Chase & Co.,     :
Washington Mutual, Inc., Washington Mutual Preferred :
Funding, LLC, Washington Mutual Preferred Funding    :
(Cayman) I Ltd., Washington Mutual Preferred Funding :
Trust I, Washington Mutual Preferred Funding Trust II, :
Washington Mutual Preferred Funding Trust III,       :
Washington Mutual Preferred Funding Trust IV         :
                                         :
        Defendants.                      :
―――――――――――――――――――――――――――――― x

# NOTICE OF VOLUNTARY DISMISSAL OF
# JPMORGAN CHASE & CO. AS A PARTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), made applicable to these proceedings by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiffs, through their counsel, hereby voluntarily dismiss JPMorgan Chase & Co. as a party to this action **without prejudice** and without cost to any party. JPMorgan Chase Bank, N.A., and all other Defendants, remain parties to this proceeding.

Dated: Wilmington, Delaware
September 24, 2010

**CAMPBELL & LEVINE LLC**

/s/ Marla Rosoff Eskin
Marla Rosoff Eskin, Esq. (DE 2989)
Bernard G. Conaway, Esq. (DE 2856)
Kathleen Campbell Davis, Esq. (DE 4229)
800 North King Street, Suite 300
Wilmington, DE 19809
(302) 426-1900
(302) 426-9947 (fax)

– and –

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Sigmund Wissner-Gross, Esq.
Seven Times Square
New York, NY 10036
(212) 209-4800
(212) 209-4801 (fax)

– and –

Jeremy B. Coffey, Esq.
James W. Stoll, Esq.
Daniel J. Brown, Esq.
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 (fax)

*Counsel to Plaintiffs*