# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

―――――――――――――――――――――――――――― x
                                            :    Chapter 11
In re                                       :
                                            :    Case No. 08-12229 (MFW)
WASHINGTON MUTUAL, INC., et al.,            :
                                            :
    Debtors                                 :    Jointly Administered
―――――――――――――――――――――――――――― x
                                            :
Black Horse Capital LP, Black Horse Capital Master :
Fund Ltd., Black Horse Capital (QP) LP, Greywolf :
Capital Partners II, Greywolf Overseas Fund, :
Guggenheim Portfolio Company VII, LLC, HFR RVA :
Combined Master Trust, IAM Mini-Fund 14 Limited, :   Adversary Proceeding
LMA SPC for and on behalf of the MAP 89 Segregated :  No. 10-51387 (MFW)
Portfolio, Lonestar Partners LP, Mariner LDC, Nisswa :
Convertibles Master Fund Ltd., Nisswa Fixed Income :
Master Fund Ltd., Nisswa Master Fund Ltd., Paige :
Opportunity Partners LP, Paige Opportunity Partners :
Master Fund, Pandora Select Partners, LP, Pines Edge :
Value Investors Ltd, Riva Ridge Capital Management :
LP, Riva Ridge Master Fund, Ltd., Scoggin Capital :
Management II LLC, Scoggin International Fund Ltd., :
Scoggin Worldwide Fund Ltd., Visium Global Fund, :
Ltd., VR Global Partners, L.P. Whitebox Asymmetric :
Partners LP, Whitebox Combined Partners, LP, :
Whitebox Convertible Arbitrage Partners, LP, Whitebox :
Hedged High Yield Partners, LP and Whitebox Special :
Opportunities LP, Series B,                 :
                                            :
    Plaintiffs                              :
v.                                          :
                                            :
JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., :
Washington Mutual, Inc., Washington Mutual Preferred :
Funding, LLC, Washington Mutual Preferred Funding :
(Cayman) I Ltd., Washington Mutual Preferred Funding :
Trust I, Washington Mutual Preferred Funding Trust II, :
Washington Mutual Preferred Funding Trust III, :
Washington Mutual Preferred Funding Trust IV :
                                            :
    Defendants.                             :
―――――――――――――――――――――――――――― x

# NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS OF PLAINTIFFS TO DEFENDANT'S COMBINED FIRST SETS OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND INTERROGATORIES

I, Kathleen Campbell Davis, of Campbell & Levine, LLC, hereby certify that on September 27, 2010, Daniel J. Brown, of Brown Rudnick caused a copy of the following documents to be served via Electronic Mail. On September 28, he also caused a copy to be served via First Class Mail:

- *Responses and Objections of Plaintiffs Black Horse Capital LP, Black Horse Capital Master Fund Ltd., and Black Horse Capital (QP) LP to Washington Mutual, Inc., JPMorgan Chase & Co. and JPMorgan Chase Bank, National Association's Combined Set of Requests for the Production of Documents and Interrogatories.*

- *Responses and Objections of Plaintiffs Paige Opportunity Partners LP and Paige Opportunity Partners Master Fund to Washington Mutual, Inc., JPMorgan Chase & Co. and JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

- *Responses and Objections of Plaintiffs Scoggin Capital Management II LLC, Scoggin International Fund Ltd., and Scoggin Worldwide Fund Ltd. to Washington Mutual, Inc., JPMorgan Chase & Co. and JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

- *Responses and Objections of Plaintiffs Whitebox Asymmetric Partners LP, Whitebox Combined Partners, LP, Whitebox Convertible Arbitrage Partners, LP, Whitebox Hedged High Yield Partners, LP and Whitebox Opportunities LP, Series B to Washington Mutual, Inc., JPMorgan Chase & JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

- *Responses and Objections of Plaintiffs Greywolf Capital Partners II LP, and Greywolf Capital Overseas Master Fund to Washington Mutual, Inc., JPMorgan Chase & JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

- *Responses and Objections of Plaintiff Pine Edge Value Investors Ltd. to Washington Mutual, Inc., JPMorgan Chase & JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

- *Responses and Objections of Plaintiff Visium Global Fund, Ltd to Washington Mutual, Inc., JPMorgan Chase & JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

- *Responses and Objections of Plaintiff Lonestar Partners LP to Washington Mutual, Inc., JPMorgan Chase & JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

- *Responses and Objections of Plaintiffs Riva Ridge Capital Management LP and Riva Ridge Master Fund, Ltd. to Washington Mutual, Inc., JPMorgan Chase & JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

- *Responses and Objections of Plaintiff VR Global Partners, L.P. to Washington Mutual, Inc., JPMorgan Chase & JPMorgan Chase Bank, National Association's Combined First Sets of Requests for the Production of Documents and Interrogatories*

These documents were served to:

Brian Rosen, Esq.
David Hird, Esq.
Adam Strochak, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Stacey Friedman, Esq.
Brent McIntosh, Esq.
Brian Glueckstein, Esq.
Sullivan & Cromwell LLP
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Robert J. Boller, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Dated: September 28, 2010

*/s/ Kathleen Campbell Davis*
Kathleen Campbell Davis (No. 4229)

{D0187170.1}