# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*, | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| Black Horse Capital LP, Black Horse Capital Master Fund Ltd., Black Horse Capital (QP) LP, Greywolf Capital Partners II, Greywolf Overseas Fund, Guggenheim Portfolio Company VII, LLC, HFR RVA Combined Master Trust, IAM Mini-Fund 14 Limited, LMA SPC for and on behalf of the MAP 89 Segregated Portfolio, Lonestar Partners LP, Mariner LDC, Nisswa Convertibles Master Fund Ltd., Nisswa Fixed Income Master Fund Ltd., Nisswa Master Fund Ltd., Paige Opportunity Partners LP, Paige Opportunity Partners Master Fund, Pandora Select Partners, LP, Pines Edge Value Investors Ltd., Riva Ridge Capital Management LP, Riva Ridge Master Fund, Ltd., Scoggin Capital Management II LLC, Scoggin International Fund Ltd., Scoggin Worldwide Fund Ltd., Visium Global Fund, Ltd., VR Global Partners, L.P., Whitebox Asymmetric Partners LP, Whitebox Combined Partners, LP, Whitebox Convertible Arbitrage Partners, LP, Whitebox Hedged High Yield Partners, LP and Whitebox Special Opportunities LP, Series B,<br><br>Plaintiffs,<br><br>v.<br><br>JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Washington Mutual, Inc., Washington Mutual Preferred Funding, LLC, Washington Mutual Preferred Funding (Cayman) I Ltd., Washington Mutual Preferred Funding Trust I, Washington Mutual Preferred Funding Trust II, Washington Mutual Preferred Funding Trust III and Washington Mutual Preferred Funding Trust IV,<br><br>Defendants. | Adv. No. 10-51387 (MFW) |

# NOTICE OF DEFENDANTS WASHINGTON MUTUAL, INC. AND JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S JOINT MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ANSWERS TO INTERROGATORIES

TO: All Parties on the Attached List

PLEASE TAKE NOTICE that on October 1, 2010, Defendants Washington Mutual, Inc. and JPMorgan Chase Bank, N.A. filed and served the attached *Motion to Compel* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that any responses to the Motion must be in writing and filed with the Bankruptcy Court on or before **October 7, 2010 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that at the same time, you must also serve a copy of the response upon the undersigned counsel, so that it is received **on or before October 7, 2010 at 4:00 p.m.**

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 8, 2010 AT 10:30 A.M.** BEFORE THE HONORABLE MARY F. WALRATH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
October 1, 2010

| | |
|---|---|
| /s/ *Chun I. Jang* | /s/ *Matthew B. McGuire* |
| Mark D. Collins (No. 2981) | Adam G. Landis (I.D. 3407) |
| Chun I. Jang (No. 4790) | Matthew B. McGuire (I.D. 4366) |
| RICHARDS, LAYTON & FINGER, P.A. | LANDIS RATH & COBB LLP |
| One Rodney Square | 919 Market Street Suite 1800 |
| 920 North King Street | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 467-4400 |
| Telephone: (302) 651-7700 | Facsimile: (302) 467-4450 |
| Facsimile: (302) 651-7701 | |
| | – and – |
| – and – | |

Marcia L. Goldstein
Brian S. Rosen
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Washington Mutual, Inc.*

Robert A. Sacks
Stacey R. Friedman
Brent J. McIntosh
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for JPMorgan Chase Bank, N.A.*