# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| WASHINGTON MUTUAL, INC., *et al.*, | Case No. 08-12229 (MFW) |
| Debtors. | Jointly Administered |
| Black Horse Capital LP, Black Horse Capital Master Fund Ltd., Black Horse Capital (QP) LP, Greywolf Capital Partners II, Greywolf Overseas Fund, Guggenheim Portfolio Company VII, LLC, HFR RVA Combined Master Trust, IAM Mini-Fund 14 Limited, LMA SPC for and on behalf of the MAP 89 Segregated Portfolio, Lonestar Partners LP, Mariner LDC, Nisswa Convertibles Master Fund Ltd., Nisswa Fixed Income Master Fund Ltd., Nisswa Master Fund Ltd., Paige Opportunity Partners LP, Paige Opportunity Partners Master Fund, Pandora Select Partners, LP, Pines Edge Value Investors Ltd., Riva Ridge Capital Management LP, Riva Ridge Master Fund, Ltd., Scoggin Capital Management II LLC, Scoggin International Fund Ltd., Scoggin Worldwide Fund Ltd., Visium Global Fund, Ltd., VR Global Partners, L.P., Whitebox Asymmetric Partners LP, Whitebox Combined Partners, LP, Whitebox Convertible Arbitrage Partners, LP, Whitebox Hedged High Yield Partners, LP and Whitebox Special Opportunities LP, Series B, | Adv. No. 10-51387 (MFW) |
| Plaintiffs, | Ref. No. _____ |
| v. | |
| JPMorgan Chase Bank, N.A., JPMorgan Chase & Co., Washington Mutual, Inc., Washington Mutual Preferred Funding, LLC, Washington Mutual Preferred Funding (Cayman) I Ltd., Washington Mutual Preferred Funding Trust I, Washington Mutual Preferred Funding Trust II, Washington Mutual Preferred Funding Trust III and Washington Mutual Preferred Funding Trust IV, | |
| Defendants. | |

# [PROPOSED] ORDER

Upon consideration of the Defendants Washington Mutual, Inc. and JPMorgan Chase Bank, N.A.'s Joint Motion to Compel Production of Documents and Answers to Interrogatories ("Motion to Compel"), it is this _____ day of October, 2010 **ORDERED** that the Motion is **granted**.

Plaintiffs are ordered to produce documents responsive to the Defendants' Combined First Set of Requests for the Production of Documents and Interrogatories, dated August 27, 2010, Requests 3, 4, 5, 6, 15, 16, 17(a), 17(c), and 18, and to answer completely Interrogatories 3 and 4, by October 15, 2010.

Dated: October _____, 2010
Wilmington, Delaware

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge